IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LI JIA, et al, | ) |
| | ) |
| Plaintiffs, | ) 8:06cv737 |
| | ) |
| vs. | ) MEMORANDUM AND ORDER |
| | ) |
| UNITED STATES CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, et al, | ) |
| | ) |
| Defendants. | ) |

This matter is before the court on filing no. 20, the Motion for Voluntary Dismissal filed by the plaintiffs, Li Jia and Bin Shuai. The plaintiffs state that they have received the relief they requested, and that the above-entitled case is now moot.

THEREFORE, IT IS ORDERED:

1. That filing no. 20 is granted, and the above-entitled case is dismissed at the plaintiffs' request; and

2. That judgment will be entered accordingly.

DATED this 9th day of May, 2007.

BY THE COURT

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge